**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

JESSICA MACK,

         Plaintiff,

    v.

WEBBANK, EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,

         Defendants.

Case No. _____

## EXHIBIT A TO DEFENDANT WEBBANK'S NOTICE OF REMOVAL

Docket of 2616-CV11105 as of June 22, 2026 from Missouri Case.Net

The information available on Case.net is provided as a service and is not considered an official court record.

Case.net: - Docket Entries

| **Respond to Selected Documents** | **Sort by date:** Descending Ascending | **Display options:** All Entries ⌄ |

**06/03/2026**

**Notice of Service**
RETURN OF SERVICE OF DEFENDANT WEBBANK; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW SUGAYA ROBERTSON
**On Behalf Of:** JESSICA MACK

**Corporation Served**
Document ID - 26-SMOS-682; Served To - WEBBANK; Served Date - 05/21/2026; Served Time - 14:37:00; Service Type - SP; Reason Description - SERV; Service Text -BROOKE BENNION, MANAGING AGENT

**05/19/2026**

**Summons Issued-Circuit**
Document ID: 26-SMOS-682, for WEBBANK
**Order - Special Process Server**

    **Associated Entries: 05/14/2026 -**
**Motion Special Process Server**
   **+**

**Voluntary Dismissal Filed**
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC ONLY; Electronic Filing Certificate of Service.
**Filed By:** ALAN J. STECKLEIN
**On Behalf Of:** JESSICA MACK

**05/18/2026**

**Notice of Settled Case Filed**
Notice of Settlement with Defendant Trans Union LLC only; Electronic Filing Certificate of Service.
**Filed By:** ALAN J. STECKLEIN
**On Behalf Of:** JESSICA MACK

**05/14/2026**

**Alias Summons Requested**
MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS INSTRUCTIONS FOR ALIAS SUMMONS; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW SUGAYA ROBERTSON
**On Behalf Of:** JESSICA MACK

**Motion Special Process Server**
MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW SUGAYA ROBERTSON
**On Behalf Of:** JESSICA MACK
**Associated Entries: 05/19/2026 -**
**Order - Special Process Server**

**Notice**
RETURN NON-EST OF DEFENDANT WEBBANK; Servers affidavit; Electronic Filing Certificate of Service.
**Filed By:** MATTHEW SUGAYA ROBERTSON
**On Behalf Of:** JESSICA MACK

**05/06/2026**

**Notice**
NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY; Electronic Filing Certificate of Service.
**Filed By:** ALAN J. STECKLEIN
**On Behalf Of:** JESSICA MACK

**04/27/2026**

**Voluntary Dismissal Filed**
Voluntary Dismissal of Defendant Equifax Information Services, LLC; Electronic Filing Certificate of Service.
**Filed By:** ALAN J. STECKLEIN
**On Behalf Of:** JESSICA MACK

**04/15/2026**

**Notice of Service**

RETURN OF SERVICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; Servers affidavit; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW SUGAYA ROBERTSON

    **On Behalf Of:** JESSICA MACK

**Corporation Served**

Document ID - 26-SMOS-436; Served To - EXPERIAN INFORMATION SOLUTIONS, INC.; Served Date - 04/02/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -Delivering copy of Summons to Nichole Dreher, Intake Specialist

**04/08/2026**

**Notice of Service**

RETURN OF SERVICE OF DEFENDANT TRANS UNION LLC; Servers affidavit; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW SUGAYA ROBERTSON

    **On Behalf Of:** JESSICA MACK

**Notice of Service**

Return of Service of Defendant Equifax Information Services, LLC; Servers affidavit; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW SUGAYA ROBERTSON

    **On Behalf Of:** JESSICA MACK

**Corporation Served**

Document ID - 26-SMOS-434; Served To - WEBBANK; Served Date - 03/30/2026; Served Time - 15:18:00; Service Type - SP; Reason Description - SERV; Service Text -

**03/30/2026**

**Entry of Appearance Filed**

Entry of Appearance for Matthew S. Robertson; Electronic Filing Certificate of Service.

    **Filed By:** MATTHEW SUGAYA ROBERTSON

    **On Behalf Of:** JESSICA MACK

**Designation of Lead Attorney**

DESIGNATION OF LEAD ATTORNEY.

    **Filed By:** ALAN J. STECKLEIN

    **On Behalf Of:** JESSICA MACK

**03/27/2026**

**Order - Special Process Server**

**Summons Issued-Circuit**

Document ID: 26-SMOS-437, for TRANS UNION, LLC

**Summons Issued-Circuit**

Document ID: 26-SMOS-436, for EXPERIAN INFORMATION SOLUTIONS, INC.

**Summons Issued-Circuit**

Document ID: 26-SMOS-435, for EQUIFAX INFORMATION SERVICES LLC

**Summons Issued-Circuit**

Document ID: 26-SMOS-434, for WEBBANK

**Case Mgmt Conf Scheduled**

    **Scheduled For:** 07/23/2026; 1:30 PM; JERRI J ZHANG; Jackson - Kansas City

**03/26/2026**

**Motion Special Process Server**

Motion for Private Process Server.

    **Filed By:** ALAN J. STECKLEIN

    **On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Confidential Civil Case Information Sheet - Experian.

    **Filed By:** ALAN J. STECKLEIN

    **On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Confidential Civil Case Information Sheet - Trans Union.

    **Filed By:** ALAN J. STECKLEIN

    **On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Confidential Civil Case Information Sheet - Equifax.

    **Filed By:** ALAN J. STECKLEIN

    **On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Confidential Civil Case Information Sheet - Webbank.

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK

**Correspondence Sent**

**03/25/2026**

**Filing Info Sheet eFiling**

**Filed By:** ALAN J. STECKLEIN

**Confid Filing Info Sheet Filed**

Civil Filing Sheet - Experian-Not Signed

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Civil Filing Sheet - Equifax-Not Signed

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Civil Filing Sheet - Trans Union-Not Signed

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK

**Confid Filing Info Sheet Filed**

Civil Filing Sheet - Webbank-Not Signed

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK

**Motion Special Process Server**

Motion and Order for Private Process-Invalid Registration Numbers

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK

**Pet Filed in Circuit Ct**

Petition.

**Filed By:** ALAN J. STECKLEIN

**On Behalf Of:** JESSICA MACK