# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

JESSICA MACK,

        Plaintiff,

   v.

WEBBANK, EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,

        Defendants.

Case No. _____

## **EXHIBIT A-2 TO DEFENDANT WEBBANK'S NOTICE OF REMOVAL**

Motion for Appointment of Private Process Server filed March 25, 2026

Electronically Filed - Jackson - Kansas City - March 25, 2026 - 03:56 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**ASSOCIATE JUDGE DIVISION**
**AT KANSAS CITY**

**Jessica Mack,**

Plaintiff,

vs.

**Webbank, Equifax Information Services LLC, Experian Information Solutions, Inc., Trans Union, LLC, and Volkswagen Lee's Summit,**

Defendants.

Case Number: _____

Division: _____

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | | | |
|---|---|---|---|---|---|
| Randy | Adkins | PPS24-0002 | Linda | Bucciachio | PPS24-0168 |
| Paul | Aizel | PPS24-0156 | Nicholas | Bull | PPS24-0169 |
| Tracy | Arnold | PPS24-0157 | Brent | Burmeister | PPS24-0170 |
| Jeffrey | Aronson | PPS24-0158 | Gary | Burmeister | PPS24-0171 |
| Raymond | Bardy | PPS24-0159 | Carl | Burnett | PPS24-0172 |
| Carl | Barnet | PPS24-0010 | Gary | Burt | PPS24-0173 |
| Myrio | Bertuccelli | PPS24-0014 | Steve | Butcher | PPS24-0024 |
| Heather | Beseke | PPS24-0160 | Bobby | Calvert | PPS24-0174 |
| Shanna | Blackwell | PPS24-0161 | Anna | Canole | PPS24-0175 |
| Brian | Blair | PPS24-0162 | Charles | Casey | PPS24-0176 |
| Kevin | Blanchard | PPS24-0163 | Gina | Cash | PPS24-0177 |
| Thomas | Bogue | PPS24-0164 | George | Castillo | PPS24-0178 |
| Stancy | Bond | PPS24-0165 | Carolyn | Champlin | PPS24-0025 |
| Kathy | Broom | PPS24-0166 | Scott | Cisney | PPS24-0026 |
| Gabriella | Bucciachio | PPS24-0167 | Nicholas | Cobb | PPS24-0027 |

Electronically Filed - Jackson - Kansas City - March 25, 2026 - 03:56 PM

| | | | | | | |
|---|---|---|---|---|---|---|
| Randy | Cobb | PPS24-0028 | Donald | Eskra Jr. | PPS24-0202 |
| Ryan | Cole | PPS24-0179 | Cindy | Ethridge | PPS24-0039 |
| Chad | Compton | PPS24-0180 | Richard | Fairbanks | PPS24-0203 |
| Kenneth | Condrey | PPS24-0181 | Steven | Flynn | PPS24-0204 |
| Sharon | Condrey | PPS24-0182 | Ryan | Fortune | PPS24-0205 |
| Shane | Cornelison | PPS24-0183 | Daniel | Foster | PPS24-0206 |
| Ernesto | Corondado | PPS24-0184 | Natalie | Gay | PPS24-0207 |
| James | Cox | PPS24-0029 | Patti | Gay | PPS24-0208 |
| Peggy | Cranston-Butcher | PPS24-0030 | Richard | Gerber | PPS24-0209 |
| Samantha | Curl | PPS24-0186 | Adam | Golden | PPS24-0210 |
| Tremayne | Curls | PPS24-0187 | Bradley | Gordon | PPS24-0211 |
| Vito | Davis | PPS24-0188 | Kimberly | Greenway | PPS24-0212 |
| Bryce | Dearborn | PPS24-0189 | Dawn | Griffin-Luce | PPS24-0213 |
| Robert | DeLacy III | PPS24-0190 | Paul | Grimes | PPS24-0214 |
| Robert | DeLacy Jr | PPS24-0191 | Charles | Gunning | PPS24-0215 |
| Dominic | Della Porte | PPS24-0192 | Kurie | Ghersini | PPS24-0046 |
| Richard | Dietz Jr. | PPS24-0193 | Mark | Hagood | PPS24-0216 |
| Claudia | Dohn | PPS24-0194 | Eric | Hahn | PPS24-0050 |
| Amy | Donarski | PPS24-0195 | Natussja | Hall | PPS24-0217 |
| Aaron | Donarski Sr | PPS24-0196 | James | Hannah | PPS24-0052 |
| Dale | Dorning | PPS24-0197 | Christy | Hartline | PPS24-0218 |
| John | Dressler | PPS24-0198 | James | Harvey Jr | PPS24-0219 |
| Rebecca | Dressler | PPS24-0199 | Grace | Hazell | PPS24-0220 |
| Michael | Dunard | PPS24-0200 | Stephen | Heitz | PPS24-0221 |
| Joshua | Dunn | PPS24-0201 | Austen | Hendrickson | PPS24-0222 |

Electronically Filed - Jackson - Kansas City - March 25, 2026 - 03:56 PM

| | | | | | |
|---|---|---|---|---|---|
| Sharon | Hendrickson | PPS24-0223 | Andrew | Lecuyer | PPS24-0243 |
| Elizabeth | Henson | PPS24-0224 | Jennifer | Lecuyer | PPS24-0244 |
| Nina | Hertaus | PPS24-0225 | John | Lichtenegger | PPS24-0245 |
| Michael | Hibler | PPS24-0226 | Bert | Lott | PPS24-0246 |
| Trinity | Hibler | PPS24-0227 | Winnonna | MaLinck | PPS24-0247 |
| Wayne | Holcomb | PPS24-0059 | Robert | MaLivek | PPS24-0248 |
| Jenna | Holt | PPS24-0229 | Michael | Marra | PPS24-0249 |
| Aaron | Holt | PPS24-0230 | Genevieve | Marrault | PPS24-0250 |
| Michael | Huffman | PPS24-0060 | Deborah | Martin | PPS24-0251 |
| Pamela | Huffman | PPS24-0061 | Michael | Martin | PPS24-0252 |
| Martin | Hueckel | PPS24-0231 | Joanne | McLean | PPS24-0253 |
| Zachary | Jenkins | PPS24-0232 | Michael | McMahon | PPS24-0254 |
| Ronald | Johnson | PPS24-0233 | Michael | Meador | PPS24-0255 |
| Matthew | Jones | PPS24-0234 | James | Meadows | PPS24-0256 |
| Patrick | Jones | PPS24-0235 | Carrie | Meite | PPS24-0257 |
| Kenneth | Kearney | PPS24-0236 | Jerry | Melber | PPS24-0258 |
| Brent | Kirkhart | PPS24-0071 | Eric | Mendenhall | PPS24-0259 |
| Janice | Kirkhart | PPS24-0072 | Mark | Miller | PPS24-0260 |
| Tyler | Kirkhart | PPS24-0073 | Matthew | Millholin | PPS24-0261 |
| Kenneth | Klewick | PPS24-0237 | Keith | Milligan | PPS24-0262 |
| Michele | Kriner | PPS24-0238 | Vivian | Mitchell | PPS24-0263 |
| Wyman | Kroft | PPS24-0239 | Angela | Molt | PPS24-0264 |
| Kelly | Land | PPS24-0240 | Carla | Monegain | PPS24-0267 |
| Anthony | Lavarone | PPS24-0241 | Christoper | Moore | PPS24-0265 |
| Marcus | Lawing | PPS24-0242 | Daniel | Moore | PPS24-0266 |

| | | | | | |
|---|---|---|---|---|---|
| Michael | Morison | PPS24-0268 | Jadyn | Ramey | PPS24-0291 |
| Zachary | Mueller | PPS24-0089 | Jason | Ramey | PPS24-0292 |
| Paul | Nardizzi | PPS24-0269 | Guy | Redlinger | PPS24-0293 |
| Annabel | Navarro | PPS24-0270 | Christopher | Reed | PPS24-0294 |
| Wendy | Neff | PPS24-0271 | Gavin | Rees | PPS24-0295 |
| Aubrianna | Nichols | PPS24-0272 | Lisa | Rees | PPS24-0296 |
| Diana | Nichols | PPS24-0273 | Betty | Rice | PPS24-0297 |
| Jeffrey | Nichols | PPS24-0274 | Karen | Rice | PPS24-0298 |
| Michael | Noble | PPS24-0095 | Steven | Rice | PPS24-0299 |
| Michael | Nolan | PPS24-0275 | Cheryl | Richey | PPS24-0300 |
| Daryl | Oestreich | PPS24-0276 | Chanse | Ridgeway | PPS24-0301 |
| Daniel | Owens | PPS24-0277 | Richard | Rober | PPS24-0302 |
| Michael | Oystern | PPS24-0278 | David | Roberts | PPS24-0303 |
| Craig | Palmer | PPS24-0279 | Patricia | Roberts | PPS24-0304 |
| Cynthia | Paris | PPS24-0280 | Richard | Ross | PPS24-0305 |
| Jenlee | Parker | PPS24-0281 | Steve | Rozlton | PPS24-0306 |
| Cody | Patton | PPS24-0282 | Ronald | Rugen | PPS24-0307 |
| George | Perry | PPS24-0283 | Robert | Sanders | PPS24-0308 |
| Tyler | Pinder | PPS24-0284 | Patrick | Sanford | PPS24-0309 |
| Timothy | Pinney | PPS24-0285 | Vincent | Sarelli | PPS24-0310 |
| Dominic | Playle | PPS24-0286 | Steven | Schmitt | PPS24-0311 |
| Craig | Podjuski Jr. | PPS24-0100 | Nathaniel | Scott | PPS24-0312 |
| Nancy | Porter | PPS24-0288 | Westley | Seifert | PPS24-0313 |
| Benjamin | Purser | PPS24-0289 | Joe B | Sherrod | PPS24-0124 |
| Casey | Putnam | PPS24-0290 | Kenneth | Short | PPS24-0314 |

Electronically Filed - Jackson - Kansas City - March 25, 2026 - 03:56 PM

| James | Skillmen III | PPS24-0315 |
|---|---|---|
| Laura | Skinner | PPS24-0316 |
| Thomas | Skinner | PPS24-0317 |
| Brandon | Slopek | PPS24-0318 |
| Brian | Smith | PPS24-0319 |
| Gean | Smith | PPS24-0320 |
| Shanita | Smith | PPS24-0321 |
| Anthony | Spada | PPS24-0322 |
| Melissa | Spencer-Bryant | PPS24-0323 |
| Shelby | Stauble | PPS24-0324 |
| Barbara | Steil | PPS24-0325 |
| Randy | Stone | PPS24-0130 |
| Sonja | Stone | PPS24-0131 |
| Jason | Stoor | PPS24-0326 |
| Steven | Stosur | PPS24-0327 |
| Lisa | Swader | PPS24-0328 |
| Romona | Talvacchino | PPS24-0329 |
| Melvin | Tibbs | PPS24-0136 |

| Gabriel | Tranum | PPS24-0330 |
|---|---|---|
| Jakob | Tripses | PPS24-0331 |
| Gage | Vann-Rogers | PPS24-0332 |
| Robert | Vick II | PPS24-0333 |
| William | Vornheder | PPS24-0334 |
| Brad | Votaw | PPS24-0140 |
| Michael | Wagner | PPS24-0335 |
| Stephen | Waters | PPS24-0141 |
| Zachary | Wakill | PPS24-0336 |
| Sophia | Washington | PPS24-0337 |
| Barbara | West | PPS24-0338 |
| Gregory | Westerlund | PPS24-0339 |
| John | White | PPS24-0340 |
| Crystal | Williams | PPS24-0341 |
| Gregory | Willing | PPS24-0342 |
| Connie | Wilson | PPS24-0154 |
| Sally | Worant | PPS24-0343 |

as private process servers in the above-captioned matter.  In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,
By: /s/ A.J. Stecklein
A.J. Stecklein               MO #46663
Matthew S. Robertson        MO #70442
Stecklein Robertson Law, Chtd. Chartered
1503 Westport Road
Kansas City, MO 64111
Telephone: (913) 371-0727
Facsimile:(913) 371-0727
Email:   aj@srlawkc.com
        msr@srlawkc.com
**Attorneys for Plaintiff**

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and that HPS Process Service & Investigations and the above-named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____

_____
Judge or Circuit Clerk

Electronically Filed - Jackson - Kansas City - March 25, 2026 - 03:56 PM