**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

JESSICA MACK,

        Plaintiff,

   v.

WEBBANK, EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,

        Defendants.

Case No. _____

## EXHIBIT A-3 TO DEFENDANT WEBBANK'S NOTICE OF REMOVAL

Confidential Filing Information Sheet as to WebBank (unsigned), Filed March 25, 2026

Unable to download/provide due to secured status on Missouri Case.Net