**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

JESSICA MACK,

        Plaintiff,

   v.

WEBBANK, EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,

        Defendants.

Case No. _____

## <u>EXHIBIT A-8 TO DEFENDANT WEBBANK'S NOTICE OF REMOVAL</u>

Clerk's letter to Attorney Stecklein re filing deficiencies, Filed March 25, 2026

☒ AT KANSAS CITY ☐ AT INDEPENDENCE

**RE**: **JESSICA MACK V WEBBANK ET AL**
**CASE NO:** **2616-CV11105**

**TO:** **ALAN J. STECKLEIN**
**1503 WESTPORT ROAD**
**KANSAS CITY, MO 64111**

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on
__3/25/2026_____. However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☒ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☒ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12 SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER: Please re-file the Form 4's dated and signed. Additionally, please file a motion and proposed order for private process server with up-to-date names and registration numbers for 2026. Thank you, 816-881-3970.**
☒ Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost. Collection efforts will be pursued for these costs.**

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed MARCH 26, 2026 to:

COURT ADMINISTRATOR'S OFFICE
**DEPARTMENT OF CIVIL RECORDS**
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

| MARCH 26, 2026 | By _____ |
|---|---|
| Date | Deputy Clerk |

☒ 415 East 12th St., Kansas City, Missouri 64106
☐ 308 W. Kansas, Independence, Missouri 64050