**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

JESSICA MACK,

       Plaintiff,

   v.

WEBBANK, EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,

       Defendants.

Case No. _____

## EXHIBIT A-21 TO DEFENDANT WEBBANK'S NOTICE OF REMOVAL

Entry of Appearance of Matthew S. Robertson, Filed March 30, 2026

Electronically Filed - JACKSON - KANSAS CITY - March 30, 2026 - 11:03 AM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

**JESSICA MACK,**

                        Plaintiff,

v.                                      Case Number: 2616-CV11105

**WEBBANK, et al.,**                    Division: 3

                       Defendants.

## ENTRY OF APPEARANCE

Comes now Matthew S. Robertson and enters his appearance on behalf of Plaintiff Jessica Mack.

*Respectfully submitted*,

By: /s/ Matthew S. Robertson
A.J. Stecklein          #46663
Matthew S. Robertson    #70442
STECKLEIN ROBERTSON LAW, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile:  913-371-0727
Email: aj@srlawkc.com
       msr@srlawkc.com
**Attorneys for Plaintiff**

**CERTIFICATE OF FILING**

I hereby certify that on March 30, 2026, the above was electronically filed with the U.S. District Court, which will forward notice to all parties of record.

By: Matthew S. Robertson
Attorney for Plaintiff

Electronically Filed - JACKSON - KANSAS CITY - March 30, 2026 - 11:03 AM