# Exhibit B

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

JESSICA MACK,

        Plaintiff,

    v.

WEBBANK, EQUIFAX INFORMATION
SERVICES LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and
TRANSUNION, LLC,

        Defendants.

Case No. 2616-CV11105

## <u>CONSENT TO REMOVAL</u>

In the matter of *Mack v. WebBank, et al*., originally filed in the Circuit Court of Jackson County, Missouri, on May 19, 2026, defendant Experian Information Solutions, Inc. ("Experian"), through its undersigned counsel, hereby consents to the removal of such action to federal court in the United States District Court for the Western District of Missouri. Experian has settled its claims with Plaintiff, but no dismissal has yet been filed.

Experian hereby reserves all rights and defenses available to it in this matter.

Dated: Kansas City, MO

June 19, 2026

JAMES SOBBA LLC

By: */s/ G. Edgar James*
    G. Edgar James    #49585
    4435 Main Street, Suite 910
    Kansas City, MO 64111
    816.623.0544

    *Attorneys for Experian Information*
    *Solutions, Inc.*