**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| JESSICA MACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEBBANK, et al.,<br><br>　　　　　Defendants. | Case No. 4:26-cv-534-RK |

**DEFENDANT WEBBANK'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

COMES NOW Defendant WebBank ("WebBank"), by and through its undersigned counsel, and hereby moves for a 45-day extension of its deadline to answer or otherwise plead, up to and including August 13, 2026.   In support of this Motion, WebBank states as follows:

1.　　On May 19, 2026, Plaintiff Jessica Mack ("Plaintiff") filed her complaint (the "Complaint") against WebBank and other Defendants in the Circuit Court of the 16th Judicial District, Jackson County, Missouri (the "State Court Action").

2.　　WebBank received the Complaint on May 21, 2026. The deadline for filing the notice of removal was therefore June 22, 2026.

3.　　On June 22, 2026, WebBank timely removed this matter to federal court.  *See* ECF No. 3.

4.　　Pursuant to Fed. R. Civ. P. 81(c)(2)(C), WebBank's responsive pleading is currently due June 29, 2026.

5.　　WebBank requires additional time to formulate its response.

6.　　WebBank's counsel conferred with Plaintiff's counsel, who indicated that Plaintiff does not object to a 45-day extension of time for WebBank to answer or otherwise plead

to the Complaint.

7.      This extension is not being sought for the purpose of delay or any other vexatious purpose, and no party will be prejudiced by the granting of the requested extension.

For the foregoing reasons, WebBank respectfully requests that this Court enter an order granting WebBank until **August 13, 2026,** to file a responsive pleading.

Dated: June 24, 2026

Respectfully submitted,

McDOWELL, RICE, SMITH, & BUCHANAN,
    *a Professional Corporation*

By: */s/ Thomas R. Buchanan*
Thomas R. Buchanan, MO# 45612
Jason L. Buchanan, MO# 54790
605 W. 47th Street, Suite 350
Kansas City, MO 64112
Tel: 816-753-5400
tbuchanan@mcdowellrice.com
jb@mcdowellrice.com

*Counsel for Defendant WebBank*

## <u>Certificate of Service</u>

I hereby certify that on June 24, 2026, a true and correct copy of the foregoing was filed via CM/ECF, with service to all counsel of record via the Court's electronic notification system.

*/s/ Thomas R. Buchanan*
Thomas R. Buchanan